UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                      CASE NO. 8:04-cr-534-T-26MSS

STEVEN LORENZO

## GOVERNMENT'S WITNESS LIST

The United States of America, by Paul I. Perez, United States Attorney for the

Middle District of Florida, respectfully submits the following list of witnesses to be called

in the government's case-in-chief:

1.      Scott Albrecht, Drug Enforcement Administration ("DEA")

2.      Joey Alva

3.      John Ames

4.      Tyler Blaine

5.      Troy Bragg

6.      Jason Brando

7.      Mike Brindle

8.      Eric Bunch

9.      Eliot Carte

10.     Alan Catterton, DEA

11.     John Columbia, Tampa Police Department ("TPD")

12.     Jose Conde

13.     Scott Conrad

14.    Terrance Covais, TPD

15.    Shane Coyer, TPD

16.    Roger Curlin

17.    Angelica Diaz

18.    George Driver

19.    Julie Dickie, TPD

20.    Dr. Wayne Duer, Hillsborough County Medical Examiner's Office ("HCME")

21.    Justin Duralia, DEA

22.    Andrea Farnsworth

23.    Brian Allan Gee

24.    Bonnie Godshall, DEA

25.    Al Gonzalez

26.    Thomas Gonzalez, TPD

27.    Scott Goodlin, DEA

28.    Melissa Hartford

29.    Steven Hartford

30.    Nicki Hollmann, DEA

31.    Sergio Iturbe

32.    Mollie Rae Jerman

33.    Jimmy Jones

34.    Panagiotes Karahalios

35.    Charlie Keene, Hillsborough County Sheriff's Office ("HCSO")

36.    Chris Kemmerer

37.    Todd Kusy

38.    Joseph Laich

39.    Justin Laughlin

40.    Dr. Marc LeBeau, Federal Buerau of Investigation

41.    Dr. Jacqueline Lee, HCME

42.    Christopher Leer

43.    William Lester

44.    Mark Lindh

45.    Jeff Loehr

46.    Joseph Lompardi

47.    Chuck Massucci, TPD

48.    Barbara Mendez, Florida Department of Law Enforcement ("FDLE")

49.    Dr. Greg Miller

50.    Dr. Wendy Murphy

51.    Felix Nieves

52.    Marc O'Rourke

53.    Juan Ortiz

54.    Jared Peregoy

55.    Albert Perkins

56.    Paige Ramsey

57.    Adis Rebronja

58.    Kevin Rhue

59.    Floyd Royal

3

60.    Tony Santiago

61.    J. R. Sepulveda, HCSO

62.    Jeff Shearer, TPD

63.    Scott Sieben, DEA

64.    Tom Singleton, TPD

65.    Jason Snelling

66.    Suzanna Ulery, FDLE

67.    Fred Vandenabbeel

68.    Don Colcolough

69.    Ruth Waccholtz

70.    Herman Wilder

71.    Jason Wynn

The United States reserves the right to call additional witnesses during the trial of this case, if appropriate.

Respectfully submitted,

PAUL I. PEREZ
United States Attorney


By:    *s/ Anthony E. Porcelli*
       ANTHONY E. PORCELLI
       Assistant United States Attorney
       Florida Bar No.  0157775
       400 North Tampa Street, Suite 3200
       Tampa, Florida  33602
       Telephone:   (813) 274-6086
       Facsimile:    (813) 274-6103
       E-mail:       anthony.porcelli@usdoj.gov

4

**U.S. v. STEVEN LORENZO**                     **Case No. 8:04-cr-534-T-26MSS**

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2005, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

N/A

I hereby certify that on October 26, 2005, a true and correct copy of the foregoing document and the notice of electronic filing was hand delivered, to the following non-CM/ECF participant(s):

Donald Harrison, Esq.
#240
4014 Gunn Highway
Tampa, Florida 33618


*s/ Anthony E. Porcelli*
ANTHONY E. PORCELLI
Assistant United States Attorney
Florida Bar No.  157775
400 North Tampa Street, Suite 3200
Tampa, Florida  33602
Telephone:   (813) 274-6086
Facsimile:    (813) 274-6103
E-mail:       anthony.porcelli@usdoj.gov