UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:04-cr-534-T-26MSS

STEVEN LORENZO

## GOVERNMENT'S WITNESS LIST

The United States of America, by Paul I. Perez, United States Attorney for the Middle District of Florida, respectfully submits the following list of witnesses to be called in the government's case-in-chief:

1. Scott Albrecht, Drug Enforcement Administration ("DEA")  OCT 2 7 2005, OCT 2 8 2005, OCT 3 1 2005
2. Joey Alva
3. John Ames
4. Tyler Blaine
5. Troy Bragg  NOV 7 2005
6. Jason Brando
7. Mike Brindle
8. Eric Bunch
9. Eliot Carte  NOV 2 2005
10. Alan Catterton, DEA  OCT 3 1 2005
11. John Columbia, Tampa Police Department ("TPD")  NOV 2 2005  NOV 3 2005  NOV 7 2005
12. Jose Conde
13. Scott Conrad

14. Terrance Covais, TPD

15. Shane Coyer, TPD

16. Roger Curlin   NOV 7 2005

17. Angelica Diaz

18. George Driver

19. Julie Dickie, TPD   NOV 2 2005

20. Dr. Wayne Duer, Hillsborough County Medical Examiner's Office ("HCME")   NOV 2 2005

21. Justin Duralia, DEA

22. Andrea Farnsworth   NOV 7 2005

23. Brian Allan Gee

24. Bonnie Godshall, DEA

25. Al Gonzalez

26. Thomas Gonzalez, TPD   NOV 2 2005

27. Scott Goodlin, DEA   OCT 31 2005

28. Melissa Hartford   NOV 7 2005

29. Steven Hartford   NOV 7 2005

30. Nicki Hollmann, DEA

31. Sergio Iturbe   NOV 1 2005

32. Mollie Rae Jerman   NOV 1 2005

33. Jimmy Jones

34. Panagiotes Karahalios

35. Charlie Keene, Hillsborough County Sheriff's Office ("HCSO")   NOV 7 2005
    NOV 9 2005

36. Chris Kemmerer   OCT 31 2005

37.   Todd Kusy

38.   Joseph Laich   **NOV**   2 2005

39.   Justin Laughlin   NOV   7 2005

40.   Dr. Marc LeBeau, Federal Buerau of Investigation   NOV   3 2005

41.   Dr. Jacqueline Lee, HCME   NOV   7 2005

42.   Christopher Leer   NOV   2 2005

43.   William Lester

44.   Mark Lindh   **NOV**   7 2005

45.   Jeff Loehr

46.   Joseph Lompardi

47.   Chuck Massucci, TPD   OCT 3 1 2005 NOV   7 2005

48.   Barbara Mendez, Florida Department of Law Enforcement ("FDLE")   OCT 3 1 2005

49.   Dr. Greg Miller   NOV   2 2005

50.   Dr. Wendy Murphy

51.   Felix Nieves

52.   Marc O'Rourke

53.   Juan Ortiz   NOV " 1 2005

54.   Jared Peregoy   NOV   2 2005

55.   Albert Perkins   NOV " 1 2005

56.   Paige Ramsey

57.   Adis Rebronja

58.   Kevin Rhue

59.   Floyd Royal   NOV   2 2005

60. Tony Santiago  NOV 2 2005

61. J. R. Sepulveda, HCSO

62. Jeff Shearer, TPD  NOV 1 2005

63. Scott Sieben, DEA  OCT 27 2005

64. Tom Singleton, TPD

65. Jason Snelling

66. Suzanna Ulery, FDLE  NOV 7 2005

67. Fred Vandenabbeel  NOV 7 2005

68. Don Colcolough  OCT 26 2005

69. Ruth Waccholtz  NOV 9 2005

70. Herman Wilder

71. Jason Wynn

The United States reserves the right to call additional witnesses during the trial of this case, if appropriate.

Respectfully submitted,

PAUL I. PEREZ
United States Attorney

By: s/ Anthony E. Porcelli
ANTHONY E. PORCELLI
Assistant United States Attorney
Florida Bar No. 0157775
400 North Tampa Street, Suite 3200
Tampa, Florida  33602
Telephone:  (813) 274-6086
Facsimile:  (813) 274-6103
E-mail:  anthony.porcelli@usdoj.gov

4

U.S. v. STEVEN LORENZO                              Case No. 8:04-cr-534-T-26MSS

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2005, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

N/A

I hereby certify that on October 26, 2005, a true and correct copy of the foregoing document and the notice of electronic filing was hand delivered, to the following non-CM/ECF participant(s):

> Donald Harrison, Esq.
> #240
> 4014 Gunn Highway
> Tampa, Florida 33618

> s/ Anthony E. Porcelli
> ANTHONY E. PORCELLI
> Assistant United States Attorney
> Florida Bar No. 157775
> 400 North Tampa Street, Suite 3200
> Tampa, Florida  33602
> Telephone:  (813) 274-6086
> Facsimile:  (813) 274-6103
> E-mail:  anthony.porcelli@usdoj.gov